**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION- DETROIT**

IN RE: ROBIN M. MCDOUGALL

Case Number:  09-57405  MAR
Chapter 13
Debtor.                                    Judge RANDON

_____
WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

## ORDER MODIFYING CHAPTER 13 PLAN AND RESOLVING TRUSTEE MOTION TO DISMISS

This matter having been set for hearing upon Trustee Motion to Dismiss, the parties having since agreed to a resolution thereof, and the Court having found that the proposed amendment is in accordance with the law, and notice not being required as the modification does not adversely affect creditors;

**IT IS HEREBY STIPULATED:**

- Debtor shall provide the Chapter 13 Trustee with a copy of her filed 2013 tax returns on or before 8/1/2014.
- Debtor will remit her 2013 federal tax refund to the Trustee on or before 10/1/2014 or case may be dismissed upon Trustee affidavit.

**IT IS FURTHER ORDERED** that in all other respects the Order Confirming Plan referred to above shall remain in full force and effect.

.

**Signed on May 30, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 **/s/ Mark A. Randon**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 **Mark A. Randon**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 **United States Bankruptcy Judge**